UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Nippon Animation Co., Ltd.,

                Plaintiff,

      - against –

Defendants on Schedule A,

                Defendants.

---

26-cv-4502 (JGK)

Order

John G. Koeltl, District Judge:

    In light of the federal holiday on June 19, 2026, the show-cause hearing is rescheduled to **June 18, 2026, at 4:00 p.m.**

    Accordingly, any opposition papers shall be filed and served on or before **June 16, 2026, at 4:00 p.m**. Any reply papers shall be filed and served by **June 17, 2026, at 4:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            June 8, 2026

                        John G. Koeltl
                United States District Judge