UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIPPON ANIMATION CO., LTD.,

                Plaintiff,

       - against -

SCHEDULE A DEFENDANTS,

                Defendants.

26-cv-4502 (JGK)

Order

---

**John G. Koeltl, District Judge:**

    For good cause shown and for the reasons stated in the Temporary Restraining Order dated June 5, 2026, and no opposition having been filed, the Temporary Restraining Order is continued until **July 2, 2026 at 5:00 p.m.**

    Any responsive papers are due by **June 28, 2026**. Any reply papers are due by **June 29, 2026**. A hearing on the requested preliminary injunction will be held on **July 2, 2026 at 4:00 p.m.** in Courtroom 14A, United States Courthouse, 500 Pear St., New York, N.Y., 10007.

    The hearing scheduled for June 18, 2026 at 4:00 p.m. is adjourned to July 2, 2026 at 4:00 p.m.

    The Clerk is requested to close ECF Nos. 7, 8, and 20.

**SO ORDERED.**

Dated:    New York, New York
          June 17, 2026

                        John G. Koeltl
              United States District Judge