UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPON ANIMATION CO., LTD.,

Plaintiff,

- against -

THE INFDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

26-cv-4502 (JGK)

Order

John G. Koeltl, District Judge:

The plaintiff is requested to file a status report with respect to the status of this action against all defendants by **September 18, 2026.**

SO ORDERED.

Dated: New York, New York
September 7, 2026

John G. Koeltl
United States District Judge