UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIPPON ANIMATION,
Plaintiff(s)

26 civ 4502 (JGK)

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,
Defendant(s).
------------------------------------------------------------X

**ORDER**

The plaintiff has filed a certificate of default, along with a declaration in support. (the default papers).

The defendants shall respond to the papers by **November 9, 2026.** The plaintiff shall file a reply by **November 12, 2026.**

**The defendants are advised that failure to respond to the default papers may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial.**

The plaintiff shall serve this order, along with the default papers, by **October 29, 2026.**

The conference scheduled for Tuesday, November 3, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
October 27, 2026