UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPON ANIMATION CO., LTD.,

Plaintiff,

- against -

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

26-cv-4502 (JGK)

Order

**John G. Koeltl, District Judge:**

On October 20, 2026, the Clerk issued a certificate of default. ECF No. 41. On October 27, 2026, the Court issued an order directing the defendants to respond to the certificate of default, and directing the plaintiff to serve that order by October 29, 2026. ECF No. 42. The plaintiff served that order, as well as a motion for default judgment and related papers, on the defendants on October 29, 2026. ECF No. 47. The time to respond to the order was November 9, 2026, see ECF No. 42, but to date, the defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defendants.

The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 11, 2026**

**John G. Koeltl**
**United States District Judge**